**Ford Elsaesser**
pts1@ejame.com
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-0722 [Facsimile]
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 10-21496-TLM |
| EHLERT, JUDY M. ) | |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |
| ) | |

---

**Notice of Objection to Claim of Exemption and Opportunity to Object and for a Hearing**

No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within thirty **[30]**days of the date of this notice.  File the original objection with the Clerk, U. S. Bankruptcy Court, Federal Building, 6450 N. Mineral Dr., CDA ID 83815 and provide a copy to Ford Elsaesser, Trustee.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

Hearing on Objection.  The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

TO THE ABOVE-NAMED COURT, THE DEBTOR, AND DEBTOR'S ATTORNEY:

NOTICE

YOU ARE HEREBY NOTIFIED that the Trustee of the above estate objects to the following exemption(s) claimed by debtor(s) in this proceeding:

NOTICE OF OBJECTION  TO CLAIM OF EXEMPTION - 1

Debtor is asserting I.C. §§ 11-603(3) and 11-207 to claim exemptions totaling $1,259.89 on a Wells Fargo Bank Account.

## OBJECTION

Objection(s) is made on the following grounds:

Copies of Debtor's bank statements clearly show co-mingling of funds; claims of exemption should be disallowed.

DATE:  March 17, 2011

/s/
Ford Elsaesser, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2011, I electronically filed **OBJECTION TO CLAIM OF EXEMPTION** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name.

U. S. Trustee ustp.region18.bs.ecf@usdoj.gov
J Harrison, Idaho State Tax Commission jeharrison@tax.idaho.gov
Tyler S Wirick tyler.wirick@gmail.com, lunnenlaw@gmail.com

I further certify that, on the same date, I have served the foregoing document to the following non-CM/ECF Registered Participant(s) in the manner indicated:
Via United States Postal Service, first class mail, postage prepaid:

| | |
|---|---|
| EHLERT, JUDY M.<br>723 N. FOREST DR.<br>SANDPOINT  ID  83864 | Recovery Management Systems Corporation<br>for Capital Recovery<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 |

/s/
Deborah Hillen
Administrative Assistant