**Ford Elsaesser**
pts1@ejame.com
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-0722 [Facsimile]
Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In the Matter of | ) | Case No. 10-21496-TLM |
| EHLERT, JUDY M. | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |
| _____ | ) | |
| STATE OF IDAHO | ) | |
| | ) ss | |
| County of Bonner | ) | |

**VERIFIED STATEMENT OF ATTORNEY**

I, **Cindy Elliott**, being first duly sworn upon oath depose and say:

I am an attorney in the law  firm Elsaesser Jarzabek Anderson Elliott & Macdonald

Chartered, P. O. Box 1049, Sandpoint,  Idaho 83864; Telephone (208)263-8517, and make this

statement upon personal knowledge.  I have read the application for employment of attorney filed

in this matter, know the contents thereof, and that the facts therein stated are true, to the best of my

knowledge, information and belief.

I state that I have no connection with above-named debtor.

I further state that I have reviewed the Court's creditor mailing matrix in this case and have

no connection with the creditors of the estate, trustee, other than stated in the application, or any

party in interest, their respective attorneys and accountants, the United States Trustee, or any person

employed in the office of the United States Trustee; and, am a disinterested person as the term is

VERIFIED STATEMENT OF ATTORNEY - 1

defined by 11 USC §101(14).

DATED:  March 21, 2011

/s_____
Cindy Elliott**,** Attorney

SUBSCRIBED AND SWORN to before me this 21st day of March 2011.

/s/ Deborah L. Hillen
Notary Public for Idaho
Residing at: Sagle
Commission expires: 3/2416

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2011 I electronically filed **Verified Statement of Attorney in Case No. 10-21496-TLM** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name.

US Trustee ustp.region18.bs.ecf@usdoj.gov
JHarrison Idaho State Tax Commission jeharrison@tax.idaho.gov
Tyler S Wirick tyler.wirick@gmail.com, lunnenlaw@gmail.com

I further certify that, on the same date, I have served the foregoing document to the following non-CM/ECF Registered Participant(s) in the manner indicated:
Via United States Postal Service, first class mail, postage prepaid:

Judy M. Ehlert
723 N. Forest Dr.
Sandpoint ID 83864

Recovery Management Systems Corporation for Capital Recovery
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131

Cindy Elliott
Elsaesser Jarzabek Anderson Elliott & Macdonald
P. O. Box 1049
Sandpoint ID 83864

/s/_____
Deborah Hillen
Administrative Assistant

VERIFIED STATEMENT OF ATTORNEY - 2