UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-21496-TLM |
| ) | Chapter 7 |
| JUDY M. EHLERT ) | |
| ) | Notice of Appointment of |
| ) | Successor Trustee |
| ) | |
| Debtor(s) ) | |

Pursuant to 11 U.S.C. §§ 322 & 703, the below named Trustee is appointed as interim trustee of the estate of the above named debtors to serve under the trustee's blanket bond.

ANTHONY GRABICKI
601 W. RIVERSIDE AVE, STE 1500, SPOKANE, WA 99201
509-747-2052

Unless the trustee notifies the United States Trustee and the Court, in writing, of their rejection of the appointment within seven (7) days after receipt of this notice, the trustee shall be deemed to have accepted the appointment.

Unless the creditors elect another trustee at the 11 U.S.C. § 341(a) meeting of creditors, the interim trustee appointed herein shall serve as the trustee without the need for further appointment or qualification.

Dated: April 15, 2011

ROBERT D. MILLER JR.
United States Trustee


/s/_____
DAVID W. NEWMAN
Attorney U.S. Trustee